David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
kit@commins.com

Attorneys for Defendants
and Counterclaimants
Changseob Ahn and Sookhee Ahn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ING BANK, fsb,

    Plaintiff,

vs.

CHANG SEOB AHN, an individual; and SOOK HEE AHN, an individual,

    Defendants.
_____/

CHANGSEOB AHN and SOOKHEE AHN,

    Counterclaimants,

vs.

ING BANK, fsb, and BONA FINANCIAL GROUP, Inc.,

    Counterdefendants.
_____/

No. CV 09-995

**STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS**

    Plaintiff ING Bank fsb and Defendants Changseob and Sookhee Ahn hereby stipulate to a 30-day extension of time for Defendants to respond to Plaintiff's First Set of Interrogatories and Document Productions as follows:

---

**STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS**

| Document | Original Due Date | Stipulated Due Date |
|---|---|---|
| Plaintiff ING Bank's First Set of Interrogatories to Defendant Chang Seob Ahn | September 2, 2009 | October 2, 2009 |
| Plaintiff ING Bank's First Set of Interrogatories to Defendant Sook Hee Ahn | September 2, 2009 | October 2, 2009 |
| Plaintiff ING Bank's First Set of Document Production Requests to Defendant Chang Seob Ahn | September 2, 2009 | October 2, 2009 |
| Plaintiff ING Bank's First Set of Document Production Requests to Defendant Sook Hee Ahn | September 2, 2009 | October 2, 2009 |

IT IS SO STIPULATED.

Dated: 8/17/, 2009

TUCKER ELLIS & WEST

By: _____
Lawrence Callahan
Attorneys for Plaintiff ING Bank, fsb
(Case Number CV 09-995 TEH)

Dated: 8/19/09, 2009

COMMINS & KNUDSEN
Professional Corporation

By: _____
Kit Knudsen
Attorneys for Defendants
and Counterclaimants
Changseob and Sookhee Ahn

**IT IS SO ORDERED**
Judge Thelton E. Henderson
08/20/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
**STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS**