IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK,<br><br>                Plaintiff,<br><br>     v.<br><br>CHANG SEOB AHN & SOOK HEE AHN,<br><br>                Defendants. | NO. C 09-00995 TEH<br><br>ORDER TO SHOW CAUSE RE: <br>FAILURE TO APPEAR AT CASE <br>MANAGEMENT CONFERENCE |

       This matter came before the Court on a regularly scheduled Case Management Conference ("Conference") on September 14, 2009. Lawrence A. Callaghan appeared on behalf of Plaintiff ING Bank, fsb, and Kit Knudsen appeared on behalf of Defendants Chang Seob Ahn and Sook Hee Ahn. Craig S. Fox, counsel for Counterdefendant Bona Financial Group, Inc., failed to appear.

       The Joint Case Management Statement ("Statement") filed on September 10, 2009 by Mr. Callaghan noted the date and time of the Conference, and was electronically signed by Mr. Callaghan, Mr. Knudsen, and Mr. Fox. Mr. Callaghan represented to the Court that Mr. Fox had concurred in the filing of the Statement, and Mr. Fox is registered to receive electronic notifications of all filings in this matter. When contacted by the Court via telephone, Mr. Fox was unable to justify his failure to appear at the Conference.

Accordingly, with good cause appearing, Mr. Fox is HEREBY ORDERED to SHOW CAUSE as to why he should not be held in contempt of court for failing to appear at the Conference. The show cause hearing shall be held on **Thursday, October 15, 2009, at 10:00 a.m.** in Courtroom 12, 450 Golden Gate Avenue, San Francisco, California. If Mr. Fox wishes to file a written response, he must do so on or before **Monday, October 5, 2009**.

**IT IS SO ORDERED.**

Dated: 9/16/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT