David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
kit@commins.com

Attorneys for Defendants
and Counterclaimants
Changseob Ahn and Sookhee Ahn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHANG SEOB AHN, an individual; and SOOK HEE AHN, an individual,<br><br>　　　　Defendants.<br>_____/<br>CHANGSEOB AHN and SOOKHEE AHN,<br><br>　　　　Counterclaimants,<br><br>　vs.<br><br>ING BANK, fsb, and BONA FINANCIAL GROUP, Inc.,<br><br>　　　　Counterdefendants.<br>_____/ | No. CV 09-995<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE DATES** |

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT
AND STATUS CONFERENCE DATES

# STIPULATION

Because the parties are engaged in settlement negotiations, they hereby stipulate that the Motion for Summary Judgment filed by Defendants and Counterclaimants Changseob and Sookhee Ahn, presently scheduled for hearing on March 1, 2010 at 10:00 a.m. will be heard instead on March 29, 2010 at 10:00 a.m.

The parties further stipulate that the Case Management Conference presently scheduled for February 8, 2010 at 1:30 p.m. will be held instead on March 1, 2010 at 1:30 p.m.

Dated: February 1, 2010.

HICKS | PARK LLP

By: /Gary Park/
Gary W. Park
Attorneys for Plaintiff and
Counter-Defendant
ING Bank, fsb

Dated: February 1, 2010.

COMMINS & KNUDSEN
Professional Corporation

By: /David Commins/
David H.S. Commins
Attorneys for Defendants
and Counterclaimants
Changseob and Sookhee Ahn

Dated: February 1, 2010.

KING, SNELL, MILDWURM & FOX
Professional Corporation

By: /Craig Fox/
Craig S. Fox
Attorneys for Counterdefendant
Bona Financial Group, Inc.

## [~~PROPOSED~~] ORDER

The Court, having considered the foregoing Stipulation, Orders as follows:

The Motion for Summary Judgment filed by Defendants and Counterclaimants Changseob and Sookhee Ahn, presently scheduled for hearing on March 1, 2010 at 10:00 a.m. will be heard instead on March 29, 2010 at 10:00 a.m. Opposition and reply papers, if any, shall be filed in accordance with Federal Rule of Civil Procedure 56 and Local Rule 7-3 and based on the new hearing date.

The Case Management Conference presently scheduled for February 8, 2010 at 1:30 p.m. will be also be held on March 29, 2010 at 10:00 a.m. after the motion. A Joint Case Management Conference Statement shall be filed on or before March 22, 2010.

It is so ordered.

Dated: 02/02/10

_____
UNITED STATES JUDGE

*Judge Thelton E. Henderson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA