1  David H.S. Commins (CSBN 124205)
   Kit L. Knudsen (CSBN 154714)
2  COMMINS & KNUDSEN, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA 94104
   Tel (415) 391-6490
4  Fax (415) 391-6493
   david@commins.com
5  kit@commins.com

6  Attorneys for Defendants
   and Counterclaimants
7  Changseob Ahn and Sookhee Ahn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ING BANK, fsb,

      Plaintiff,

vs.

CHANG SEOB AHN, an individual; and SOOK HEE AHN, an individual,

      Defendants.
_____/

CHANGSEOB AHN and SOOKHEE AHN,

      Counterclaimants,

vs.

ING BANK, fsb, and BONA FINANCIAL GROUP, Inc.,

      Counterdefendants.
_____/

No. CV 09-995

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE DATES**

| | |
|---|---|
| 1 | <u>STIPULATION</u> |
| 2 | |
| 3 | Because the parties are engaged in continuing settlement negotiations, they hereby |
| 4 | stipulate that the Motion for Summary Judgment filed by Defendants and Counterclaimants |
| 5 | Changseob and Sookhee Ahn, presently scheduled for hearing on March 29, 2010 at 10:00 a.m. |
| 6 | will be heard instead on April 26, 2010 at 10:00 a.m. |
| 7 | |
| 8 | The parties further stipulate that the Case Management Conference presently |
| 9 | scheduled for March 29, 2010 at 10:00 a.m. will be held instead on April 26, 2010 at 10:00 a.m. |

Dated: March 3, 2010.

HICKS | PARK LLP

By: /Gary Park/
    Gary W. Park
    Attorneys for Plaintiff and
    Counter-Defendant
    ING Bank, fsb

Dated: March 3, 2010.

COMMINS & KNUDSEN
Professional Corporation

By: /David Commins/
    David H.S. Commins
    Attorneys for Defendants
    and Counterclaimants
    Changseob and Sookhee Ahn

Dated: March 3, 2010.

KING, SNELL, MILDWURM & FOX
Professional Corporation

By: /Craig Fox/
    Craig S. Fox
    Attorneys for Counterdefendant
    Bona Financial Group, Inc.

[~~PROPOSED~~] ORDER

The Court, having considered the foregoing Stipulation, Orders as follows:

The Motion for Summary Judgment filed by Defendants and Counterclaimants Changseob and Sookhee Ahn, presently scheduled for hearing on March 29, 2010 at 10:00 a.m. will be heard instead on April 26, 2010 at 10:00 a.m. Opposition and reply papers, if any, shall be filed in accordance with Federal Rule of Civil Procedure 56 and Local Rule 7-3 and based on the new hearing date.

The Case Management Conference presently scheduled for March 29, 2010 at 10:00 a.m. will be held instead on April 26, 2010 at 10:00 a.m., after the Motion. A Joint Case Management Conference Statement shall be filed on or before April 19, 2010.

It is so ordered.

Dated: 03/04, 2010.



UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE DATES