```
 1  David H.S. Commins (CSBN 124205)
    Kit L. Knudsen (CSBN 154714)
 2  COMMINS & KNUDSEN, P.C.
    400 Montgomery Street, Suite 200
 3  San Francisco, CA 94104
    Tel (415) 391-6490
 4  Fax (415) 391-6493
    david@commins.com
 5  kit@commins.com

 6  Attorneys for Defendants
    and Counterclaimants
 7  Changseob Ahn and Sookhee Ahn
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb, | |
| Plaintiff, | No. CV 09-995 |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE DATES |
| CHANG SEOB AHN, an individual; and SOOK HEE AHN, an individual, | |
| Defendants. _____/ | |
| CHANGSEOB AHN and SOOKHEE AHN, | |
| Counterclaimants, | |
| vs. | |
| ING BANK, fsb, and BONA FINANCIAL GROUP, Inc., | |
| Counterdefendants. _____/ | |

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT
AND STATUS CONFERENCE DATES

## STIPULATION

Because the parties are engaged in continuing settlement negotiations, they hereby stipulate that the Motion for Summary Judgment filed by Defendants and Counterclaimants Changseob and Sookhee Ahn, presently scheduled for hearing on April 26, 2010 at 10:00 a.m. will be heard instead on May 17, 2010 at 10:00 a.m.

The parties further stipulate that the Case Management Conference presently scheduled for April 26, 2010 at 10:00 a.m. will be held instead on May 17, 2010 at 10:00 a.m.

Dated: April 2, 2010.

HICKS | PARK LLP

By: /Gary Park/
Gary W. Park
Attorneys for Plaintiff and
Counter-Defendant
ING Bank, fsb

Dated: April 2, 2010.

COMMINS & KNUDSEN
Professional Corporation

By: /David Commins/
David H.S. Commins
Attorneys for Defendants
and Counterclaimants
Changseob and Sookhee Ahn

Dated: April 2, 2010.

KING, SNELL, MILDWURM & FOX
Professional Corporation

By: /Craig Fox/
Craig S. Fox
Attorneys for Counterdefendant
Bona Financial Group, Inc.

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT AND STATUS CONFERENCE DATES

[~~PROPOSED~~] ORDER

The Court, having considered the foregoing Stipulation, Orders as follows:

The Motion for Summary Judgment filed by Defendants and Counterclaimants Changseob and Sookhee Ahn, presently scheduled for hearing on April 26, 2010 at 10:00 a.m. will be heard instead on May 17, 2010 at 10:00 a.m.  Opposition and reply papers, if any, shall be filed in accordance with Federal Rule of Civil Procedure 56 and Local Rule 7-3 and based on the new hearing date.

The Case Management Conference presently scheduled for April 26, 2010 at 10:00 a.m. will be held instead on May 17, 2010 at 10:00 a.m., after the Motion.  A Joint Case Management Conference Statement shall be filed on or before May 10, 2010.

It is so ordered.

Dated: _____04/05_____, 2010.



UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson