United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>      Plaintiff,<br><br>      v.<br><br>CHANGSEOB AHN and SOOKHEE AHN,<br><br>      Defendants.<br><br>CHANGSEOB AHN and SOOKHEE AHN,<br><br>      Counterclaimants,<br><br>      v.<br><br>ING BANK, fsb and BONA FINANCIAL GROUP, Inc.<br><br>      Counterdefendants. | NO. C09-00995 TEH<br><br>ORDER FINALIZING ORDER GRANTING COUNTER-CLAIMANTS' MOTION FOR SUMMARY JUDGMENT |

    This matter came before the Court for case management on May 17, 2010. By order dated May 13, 2010, the Court had granted summary judgment to Defendants and Counterclaimants Changseob Ahn and Sookhee Ahn ("the Ahns") on the narrow question of whether Counterdefendant Bona Financial Group, Inc. ("Bona") had violated California Civil Code section 1632. At the case management conference, the Court stated that it would treat its order as a tentative ruling and allowed Bona to present oral argument in opposition to the Ahns' motion, which the Court had previously decided based only on the papers.

Bona argued that Mr. Ahn's apparent fluency in English places him within the section 1632's broad definition of "interpreter," and therefore excepted it from the statute's requirement that the Ahns be furnished with Korean-language translations of loan documents. However, Bona's argument – which the Court had previously considered and rejected – is without merit. It is undisputed that the negotiation here was conducted in Korean. Mr. Ahn's mere knowledge of English does not render him an interpreter, which requires that he have translated "from one language to another." Black's Law Dictionary 838 (8th ed. 2004).

The Court therefore does not alter its original decision GRANTING the Ahns' motion on the narrow question of Bona's violation of section 1632. That Order is now FINAL. The Court also VACATES AS MOOT Bona's objection to the untimely filing of the Ahns' reply brief, upon which the Court did not rely in deciding the motion.

**IT IS SO ORDERED.**

Dated:   5/18/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT