IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>                 Plaintiff,<br><br>     v.<br><br>CHANGSEOB AHN, et al.,<br><br>                 Defendants.<br><br>CHANGSEOB AHN and SOOKHEE AHN,<br><br>                 Counterclaimants,<br><br>     v.<br><br>ING BANK, fsb, and BONA FINANCIAL GROUP, Inc.<br><br>                 Counterdefendants. | NO. C09-995 TEH<br><br><u>ORDER APPOINTING SPECIAL</u><br><u>MASTER FOR DISCOVERY</u> |

     At the September 20, 2010, hearing on Plaintiff's and Counterclaimants' motions for summary judgment, the Court continued the hearing in light of the parties' inability to complete discovery in an expeditious manner. The Court ordered all parties to appear for a case management conference on November 8, 2010, unless the parties agree to a continued hearing date for the pending motions for summary judgment. Furthermore, the Court referred all outstanding discovery to a special master, and ordered all remaining depositions to be conducted in Courtroom 12. Courtroom 12 is available most week days except for Monday. With good cause appearing, IT IS HEREBY ORDERED that:

     1.     Edward Swanson, Esq., of Swanson & McNamara, LLP, is appointed as Special Master to supervise and preside over all remaining discovery in this case.

      a.    If necessary, the Special Master may attend all or portions of any remaining depositions, rule on all objections made by counsel during the depositions, rule on any instructions by counsel for the deponent not to answer a question, and order the deponent to respond to questions.

      b.    The Special Master shall immediately notify this Court if, during a deposition in which he is in attendance, any counsel fails to comply or cooperate fully with any of the Special Master's rulings.

2. The Special Master's hourly fee shall be $500.00. The Special Master shall, in his discretion, allocate and assess the payment of his fees among the parties. The parties shall pay the Special Master's fees within ten calendar days of assessment, unless otherwise excused by the Special Master or this Court.

3. At his earliest convenience, the Special Master shall contact the parties to discuss the execution of his duties in connection with this order. If a dispute arises prior to the Special Master's initial contact, the parties may reach the Special Master's office by telephone at (415) 477-3800.

**IT IS SO ORDERED.**

Dated: 9/21/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2