1  Gary W. Park, SBN 173390
   Richard Seegman, SBN 214941
2  HICKS | PARK LLP
   824 Wilshire Boulevard, Suite 200
3  Los Angeles, CA 90017
   Tel: (213) 612-0007;  Fax: (213) 612-0373
4  gpark@hicksparklaw.com

5  Lawrence A. Callaghan, SBN 53258
   TUCKER ELLIS & WEST LLP
6  135 Main Street, Suite 700
   San Francisco, CA 94105
7  Tel: (415) 617-2225;  Fax: (415) 617-2409
   larry.callaghan@tuckerellis.com
8
   Attorneys for Plaintiff and Counter-Defendant
9  ING Bank, fsb

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb, | Case No. CV 09-995 TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION AND AGREEMENT FOR THE COURT'S APPROVAL TO TRANSPORT VIDEO EQUIPMENT FOR DEPOSITION |
| v. | |
| CHANG SEOB AHN, an individual; and SOOK HEE AHN, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Hicks Park LLP and Tucker Ellis & West LLP, counsel for Plaintiff ING Bank fsb, and Commins & Knudsen P.C., counsel for Defendants Chang Seob Ahn and Sook Hee Ahn, submitted and filed a stipulation and agreement that, with the Court's consent, a representative of US Legal Support can, on October 20, 2010, transport video equipment described below to the Courtroom of the Hon. Thelton Henderson, Courtroom 12, 19th Floor, U.S. District Courthouse, 450 Golden Gate Ave, San Francisco, California, on October 20, 2010 for the deposition of Defendant Sook Hee Ahn.

---
1
[PROPOSED] ORDER GRANTING STIPULATION AND
AGREEMENT TO TRANSPORT VIDEO EQUIPMENT
CV 09-995 TEH

SFOiManage\011749.000001\193633.1

1. SONY DSR-50 digital video recorder;
2. MacBook laptop;
3. SONY HVR-A1U/A1N high definition camera;
4. Four lavallière microphones | audiotechnica. | audio XLR cables;
5. A backdrop;
6. Marantz PMD-430 cassette recorders;
7. A tripod;
8. G external hard drives;
9. headphones;
10. Digital video tapes and cassette tapes.

IT IS HEREBY ORDERED that counsel be allowed to transport the above described video equipment into Courtroom 12 on October 20, 2010 for the deposition of Defendant Sook Hee Ahn.

Dated: 10/18/10

Hon. *[signature]*
United States Judge Thelton E. Henderson

2
[PROPOSED] ORDER GRANTING STIPULATION AND
AGREEMENT TO TRANSPORT VIDEO EQUIPMENT
CV 09-995 TEH

SFOiManage\011749.000001\193633.1