James B. Hicks, SBN 109112
Gary W. Park, SBN 173390
HICKS | PARK LLP
824 Wilshire Boulevard, Suite 300
Los Angeles, CA 90017
Tel: (213) 612-0007;  Fax: (213) 612-0373
jhicks@hicksparklaw.com

Lawrence A. Callaghan, SBN 53258
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: (415) 617-2225;  Fax: (415) 617-2409
larry.callaghan@tuckerellis.com

Attorneys for Plaintiff ING Bank, fsb

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>  Plaintiff,<br><br>  v.<br><br>CHANG SEOB AHN, et al.,<br><br>  Defendants,<br><br>AND RELATED ACTIONS, | Case No. CV 09-995 TEH<br>*Assigned to the Hon. Thelton E. Henderson*<br><br>[~~PROPOSED~~] ORDER AND STIPULATION BETWEEN ING BANK, FSB AND BONA FINANCIAL GROUP, INC. RE DISMISSAL OF DEFENDANT BONA FINANCIAL GROUP, INC. |

/ /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff ING Bank, fsb's claims in this action against Defendant Bona Financial Group only be dismissed, with prejudice, each side to bear their own costs.

Respectfully submitted,

DATED: October 29, 2010                HICKS | PARK LLP

                                       By: __/s/ Gary Park_____
                                            Gary W. Park
                                       Attorneys for Plaintiff ING Bank, fsb

DATED:  October 29, 2010               King, Snell, Mildwurm & Fox, APC

                                       By: __/s/ Craig Fox_____
                                            Craig Fox
                                       Attorneys for Counterclaim-Defendant
                                       Bona Financial

IT IS SO ORDERED:

BASED UPON THE STIPULATION BETWEEN THE PARTIES to dismiss Bona Financial Group only, with prejudice, ING Bank, fsb and Bona Financial Group to bear their own costs, such dismissal is HEREBY ORDERED.

IT IS FURTHER ORDERED:_____

Dated: November _1_, 2010

                                       _____
                                       Honorable Judge Thelton E. Henderson

2

[PROPOSED] ORDER AND STIPULATION BETWEEN ING BANK, FSB AND BONA FINANCIAL GROUP, INC. RE DISMISSAL OF DEFENDANT BONA FINANCIAL GROUP, INC.