James B. Hicks, SBN 109112
Gary W. Park, SBN 173390
HICKS | PARK LLP
824 Wilshire Boulevard, Suite 300
Los Angeles, CA 90017
Tel: (213) 612-0007; Fax: (213) 612-0373
jhicks@hicksparklaw.com; gpark@hicksparklaw.com

Lawrence A. Callaghan, SBN 53258
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: (415) 617-2225; Fax: (415) 617-2409
larry.callaghan@tuckerellis.com

Attorneys for Plaintiff ING Bank, fsb

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHANG SEOB AHN, et al.,<br><br>　　　　Defendants,<br><br>AND RELATED ACTIONS, | Case No. 3:09-cv-00995-TEH<br><br>*Assigned to the Hon. Thelton E. Henderson*<br><br>[~~PROPOSED~~] ORDER AND STIPULATION RE TELEPHONIC APPEARANCE BY PLAINTIFF ING BANK, FSB AT NOVEMBER 8, 2010 CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff ING Bank, fsb may appear by telephone at the November 8, 2010 Case Management Conference in this action.

///

///

///

///

---

1

[PROPOSED] ORDER AND STIPULATION RE TELEPHONIC APPEARANCE BY PLAINTIFF
ING BANK, FSB AT NOVEMBER 8, 2010 CASE MANAGEMENT CONFERENCE

|   |   |   |
|---|---|---|
| 1 | DATED: November 3, 2010 | HICKS | PARK LLP |
| 2 |   |   |
| 3 |   | By: /s/ Gary Park |
| 4 |   | Gary W. Park<br>Attorneys for Plaintiff ING Bank, fsb |

DATED: November 3, 2010    TUCKER ELLIS & WEST LLP

By: /s/ Lawrence Callagham
Lawrence A. Callaghan
Attorneys for Plaintiff ING Bank, fsb

DATED: November 3, 2010    COMMINS & KNUDSEN, P.C.

By: /s/ David Commins
David H.S. Commins
Attorneys for Defendants
Chang Seob Ahn and Sook Hee Ahn

IT IS SO ORDERED:

BASED UPON THE STIPULATION BETWEEN THE PARTIES to allow Plaintiff ING Bank, fsb to appear by telephone at the November 8, 2010 Case Management Conference in this action, permission to do so is hereby granted.

IT IS FURTHER ORDERED: _____

Dated: November 4, 2010

Hon. Judge Thelton E. Henderson

2
[PROPOSED] ORDER AND STIPULATION RE TELEPHONIC APPEARANCE BY PLAINTIFF ING BANK, FSB AT NOVEMBER 8, 2010 CASE MANAGEMENT CONFERENCE