IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ING BANK, fsb,

               Plaintiff,

v.

CHANG SEOB AHN, et al.,

               Defendants.

NO. C09-00995 TEH

ORDER RE: PENDING MOTIONS FOR SUMMARY JUDGMENT

       The Court has received the parties' joint case management conference statement filed on November 1, 2010. Pursuant to the parties' positions in that document, their pending motions for summary judgment shall be heard before this Court on November 29, 2010, at 10 a.m. Plaintiff's request for supplemental briefing on these motions is DENIED unless such briefing is limited to matters not known at the time the motions were filed. Supplemental opposition briefs concerning previously unknown matters shall be filed no later than November 10, 2010. Supplemental reply briefs concerning previously unknown matters shall be filed no later than November 17, 2010.

       Plaintiffs' request to reschedule the November 8, 2010 case management conference is DENIED.

**IT IS SO ORDERED.**

Dated: 11/4/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT