1  James B. Hicks, SBN 109117
2  Gary W. Park, SBN 173390
   Kiran Singh, SBN 252467
3  HICKS | PARK LLP
   824 Wilshire Boulevard, Suite 300
4  Los Angeles, CA 90017
   Tel: (213) 612-0007 / Fax: (213) 612-0373
5  jhicks@hicksparklaw.com/gpark@hicksparklaw.com

6  Lawrence A. Callaghan, SBN 53258
   TUCKER ELLIS & WEST LLP
7  135 Main Street, Suite 700
   San Francisco, CA 94105
8  Tel: (415) 617-2225 / Fax: (415) 617-2409
   larry.callaghan@tuckerellis.com
9
   Attorneys for Plaintiff ING Bank, fsb
10
                   UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | ING BANK, fsb,              | Case No. CV 09-995 TEH
14 |     Plaintiff,              |
15 | v.                          | **REQUEST FOR ING'S LEAD COUNSEL TO ATTEND PRETRIAL CONFERENCE BY PHONE; [~~PROPOSED~~] ORDER**
16 | CHANG SEOB AHN, et al.,     |
17 |     Defendants.             |
18 |                             | Hon. Thelton E. Henderson
19 |                             |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

                                  1
**REQUEST FOR ING'S LEAD COUNSEL TO ATTEND PRETRIAL CONFERENCE BY PHONE;
[PROPOSED] ORDER**

Plaintiff ING Bank, fsb respectfully requests that its lead counsel Jim Hicks be allowed to attend the pretrial conference in this action (currently scheduled for January 24, 2011) by telephone due to his medical condition. Counsel for Defendants Changseob and Sookhee Ahn does not object to such an appearance.

January 14, 2011                    HICKS | PARK LLP


                                    By: ____/s/ Jim Hicks_____
                                           James B. Hicks
                                           Gary W. Park
                                           Kiran Singh
                                    Attorneys for Plaintiff ING Bank, fsb


January 14, 2011                    TUCKER ELLIS & WEST LLP


                                    By: ____/s/ Larry Callaghan____
                                           Lawrence A. Callaghan
                                    Attorneys for Plaintiff ING Bank, fsb


IT IS SO ORDERED:

   BASED UPON GOOD CAUSE SHOWN plaintiff's lead counsel Jim Hicks may attend the pretrial conference in this action by telephone.

   IT IS FURTHER ORDERED: _____

Dated: January 18, 2011

                                    _____
                                    Judge Thelton E. Henderson

2
**REQUEST FOR ING'S LEAD COUNSEL TO ATTEND PRETRIAL CONFERENCE BY PHONE; [PROPOSED] ORDER**