IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ING BANK, fsb,

                Plaintiff,

v.

CHANG SEOB AHN, et al.,

                Defendants.

NO. C09-0995 TEH

ORDER TO SHOW CAUSE

The Court's pretrial order filed on June 29, 2010, requires the parties to file a joint pretrial conference statement no later than 10 calendar days before the pretrial conference. The statement was due on January 14, 2011. On January 18, 2011, Plaintiff ING Bank, fsb ("ING"), filed a document that purports to be a pretrial statement. Not only is this document untimely, but by its own terms it is "not finalized . . . as a joint document."

Also on January 18, 2011, Defendants Chang Seob and Sook Hee Ahn ("the Ahns") filed a notice of settlement. This notice does nothing to alter the deadlines and schedule contained in the Court's June 29, 2010 pretrial order.

Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that both parties appear at the pretrial conference on January 24, 2011, at 3 p.m., prepared to show cause as to why monetary sanctions should not be imposed for the parties' failure to file a timely joint pretrial conference statement. Written responses to this order shall be filed no later than noon on Friday, January 21, 2011.

**IT IS SO ORDERED.**

Dated: 1/18/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT