James B. Hicks, SBN 109117
Gary W. Park, SBN 173390
HICKS | PARK LLP
824 Wilshire Boulevard, Suite 300
Los Angeles, CA 90017
Tel: (213) 612-0007; Fax: (213) 612-0373
jhicks@hicksparklaw.com

Lawrence A. Callaghan, SBN 53258
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
Tel: (415) 617-2225; Fax: (415) 617-2409
larry.callaghan@tuckerellis.com

Attorneys for Plaintiff ING Bank, fsb

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>    Plaintiff,<br><br>v.<br><br>CHANG SEOB AHN, et al.,<br><br>    Defendants. | Case No. CV 09-995 TEH<br>*Assigned to the Hon. Thelton E. Henderson*<br><br>**[PROPOSED] ORDER AND JOINT STIPULATION BETWEEN ING BANK, FSB AND CHANGSEOB AND SOOKHEE AHN RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

///

///

///

IT IS HEREBY STIPULATED pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that all of Plaintiff ING Bank, fsb's ("ING") claims in this action against Defendants Changseob and Sookhee Ahn (the "Ahns") be dismissed with prejudice, each side to bear their own costs; and that all of the Ahns' claims in this action against ING also be dismissed with prejudice, each side to bear their own costs.

Respectfully submitted,

DATED: January 26, 2011                HICKS | PARK LLP

By: _/s/ Gary Park_____
Gary W. Park
Attorneys for Plaintiff ING Bank, fsb

DATED: January 26, 2011                COMMINS & KNUDSEN, P.C.

By: _/s/ David Commins_____
David Commins
Attorneys for Changseob and Sookhee Ahn

IT IS SO ORDERED:

BASED UPON THE JOINT STIPULATION BETWEEN THE PARTIES to dismiss all of the claims against ING Bank, fsb, with prejudice, and all of the claims against Changseob and Sookhee Ahn, with prejudice, such parties to bear their own costs, such dismissal is HEREBY ORDERED.

IT IS FURTHER ORDERED: _____

Dated: January 26, 2011

_____
Judge Thelton E. Henderson

2
[PROPOSED] ORDER AND JOINT STIPULATION BETWEEN ING BANK, FSB AND CHANGSEOB AND SOOKHEE AHN RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE